Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

08 AM 10: 34

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ECC

A.J. OLIVER,
Plaintiff,

vs

THE PEP BOYS MANNY MOE & JACK of CALIFORNIA dba PEP BOYS #651; ROBERT SARKIS LION,,
Defendants.

**SUMMONS ON FIRST AMENDED COMPLAINT**

Case No. 08cv1472 BEN (POR)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lynn Hubbard, III, SBN 69773
Disabled Advocacy Group, APLC
12 Williamsburg Lane   Chico, CA  95926
(530) 895-3252

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

AUG 1 8 2008

_____
W. Samuel Hamrick, Jr.
CLERK

DATE

By  B. LLOYD , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1  May 5, 1999 (11:34am)