1  LYNN HUBBARD III, SBN 69773
2  SCOTTLYNN J HUBBARD IV, SBN, 212970
   DISABLED ADVOCACY GROUP, APLC
3  12 WILLIAMSBURG LANE
   CHICO, CA 95926
4  Telephone:  (530) 895-3252
   Facsimile:   (530) 894-8244

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJ OLIVER,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PEP BOYS MANNY MOE & JACK of CALIFORNIA dba PEP BOYS #651; ROBERT SARKIS LION,<br><br>    Defendants. | Case No. 08cv1472 BEN (POR)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Notice of Voluntary Dismissal          *Oliver v. The Pep Boys Manny Moe & Jack of California, et al*

**08cv1472 BEN (POR)**

TO THE COURT AND ALL PARTIES:

Plaintiff, A. J. OLIVER, hereby requests that pursuant to FRCP 41 (a)(1), the Court dismiss the above entitled action, without prejudice, as to all parties.

This shall dismiss this action in its entirety.

Dated:  September 8, 2008              DISABLED ADVOCACY GROUP, APLC


                                       /s/ Lynn  Hubbard, III
                                       LYNN HUBBARD, III
                                       Attorney for Plaintiff